UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSHUA RUBIN,

      Plaintiff,                               Case No. 22-cv-11361
                                                Hon. Matthew F. Leitman

v.

SOURCE MEDIA, LLC,
d/b/a ARIZENT,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126